IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTONIO RUFF, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 107-044 (Former CR 104-062) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of the United States of America.

SO ORDERED this /4th day of October, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE